No. 636. JOHNSON v. OKLAHOMA. October 28, 1946. The motion for a stay is denied. Petition for writ of cer-

tiorari to the Criminal Court of Appeals of Oklahoma denied. MR. JUSTICE MURPHY took no part in the consideration or decision of these applications. *William J. Hulsey* and *Lena Hulsey* for petitioner.